

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00051-CV

| | | |
|---|---|---|
| DINA S. KASWATUKA, Appellant | § | On Appeal from County Court at Law No. 3 |
| v. | § | of Tarrant County (2023-004499-3) |
| | § | August 8, 2024 |
| STONERIDGE HOMEOWNERS' ASSOCIATION, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Dina S. Kaswatuka shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
    Justice Wade Birdwell